UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SECURITIES CAPITAL HOLDINGS, INC., SECURITIES CAPITAL INVESTMENTS, LLC, SECURITIES CAPITAL MANAGEMENT, LLC, BEN LYONS and ALEXANDER FINK,**

           **Plaintiffs,**

**v.**                               **Case No: 6:13-cv-1018-Orl-36KRS**

**THE MONEY SOURCE, INC., STAVROS PAPASTRAVROU,**

           **Defendants.**

## ORDER

This cause comes before the Court on the Report and Recommendation of Magistrate Judge Karla R. Spaulding, filed on September 19, 2013 (Doc. 28). In the Report and Recommendation, the Magistrate Judge recommends that the Court deny Defendants The Money Source, Inc. and Stavros Papastavrou's (collectively, "Defendants") Motion for Change of Venue (Doc. 17). *See* Doc. 28. No party has filed an objection to the Report and Recommendation and the time to do so has expired.

Upon reviewing factors relevant to motions to transfer, Magistrate Judge Spaulding concluded that none of the factors weigh in favor of transferring this action to the United States District Court for the Eastern District of New York, and that the factors are, at best, neutral. *See id*. The Court is in agreement with the Magistrate Judge that a change of venue here would merely shift the inconvenience from Defendants to Plaintiffs and, as such, Plaintiffs' choice of forum should not be disturbed. *See id.* at 13 (citing *Trinity Christian Ctr. of Santa Ana, Inc. v.*

*New Frontier Media, Inc.*, 761 F. Supp. 2d 1322, 1328–29 (M.D. Fla. 2010)). Therefore, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

    Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 28) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

2. Defendants The Money Source, Inc. and Stavros Papastavrou's Motion for Change of Venue (Doc. 17) is **DENIED**.

    **DONE** and **ORDERED** in Orlando, Florida on October 8, 2013.

Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties
United States Magistrate Judge Karla R. Spaulding